

| | | |
|---|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | |
| SERVICE OF: | **SUMMONS, SECOND AMENDED COMPLAINT** | |
| EFFECTED (1) BY ME: | BAUDELIO ARELLANO | DATE: 09/08/09 |
| TITLE: | **PROCESS SERVER** | |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[X] Served personally upon the defendant:
SCOTT KIM C/O WOONGJIN USA

Place where served:
1695 S. VERMONT Ave, Ste. 110, Los Angeles, CA 90005

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:
SEX: M   AGE: 32   HEIGHT: 5'8"   WEIGHT: 160 Lb   SKIN: Asian   HAIR: Black   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____   SERVICES $ ____.____   TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 09/10/2009                    _____ L.S.
SIGNATURE OF
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | SEOUNG Y. LIM, ESQ. |
| PLAINTIFF: | SAHNG KEE PARK |
| DEFENDANT: | GUN HYOUNG LEE, ET AL |
| VENUE: | DISTRICT OF NEW JERSEY |
| DOCKET: | 2:09 CV 04218 PGS ES |

RECEIVED
SEP 2 3 2009
BY:------------------

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.